UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

DANIEL MCBETH,

                Plaintiff,

-against-                             23 **CIVIL** 10389 (LAP)

## **JUDGMENT**

CITY OF NEW YORK,

                Defendant.

-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 28, 2025, Defendant's Motion to Dismiss Count One, Plaintiff's Title VII claims, and Count Two, Plaintiff's § 1983 claims [dkt. no. 10], is GRANTED with prejudice. Defendant's Motion to Dismiss Count Three, Plaintiff's NYSHRL claims, and Count Four, Plaintiff's NYCHRL claims [dkt. no. 10], is GRANTED without prejudice. Accordingly, the case is closed.

**Dated:** New York, New York

      March 31, 2025

                                                            **TAMMI M HELLWIG**

                                                             **Clerk of Court**

**BY:**

                                                               **Deputy Clerk**